**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 319 EAL 2014
: 
              Respondent : 
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v. : 
: 
: 
: 
DWAYNE MARSHALL, : 
: 
              Petitioner : 


## ORDER


**PER CURIAM**

    **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.